JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.H.L., a minor, individually and as Successor in Interest to LAVELLE HAYES, deceased, by and through his Guardian Ad Litem, Alisha McCoy; K.H., individually, and as Successor in Interest to LAVELLE HAYES, deceased, by and through his Guardian Ad Litem, Shantrell Jones, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity; and DOES 1 through 10, inclusive<br><br>Defendants. | Case Number: 5:22-cv-00229-JGB-KKx<br>Judge: Jesus G. Bernal<br>Mag. Judge: Kenly Kiya Kato<br><br>**ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL OF PLAINTIFFS' FIRST AMENDED COMPLAINT AND ENTIRE ACTION AND ALL CLAIMS** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that, by and between the parties pursuant to Federal Rule of Civil Procedure 41, that Plaintiffs P.H.L., a minor, individually and as Successor in Interest to LAVELLE HAYES, deceased, by and through his Guardian Ad Litem, Alisha McCoy, and K.H., a minor, individually, and as Successor in Interest to LAVELLE HAYES, deceased, by and through his Guardian Ad Litem, Shantrell Jones (collectively, "Plaintiffs") hereby dismiss the two claims in the First Amended Complaint (Dkt. 8) against Defendant COUNTY OF SAN BERNARDINO (the "County") as follows:

1. Dismiss **with prejudice** their first claim under 42 U.S.C. § 1983 in their First Amended Complaint.
2. Dismiss **without prejudice** their second claim for wrongful death (negligence) in their First Amended Complaint.

IT IS FURTHER ORDERED that Plaintiffs and their attorneys of record, Brian T. Dunn and Edward M. Lyman of The Cochran Law Firm California shall bear their own attorney's fees and costs, including without limitation attorney's fees pursuant to 42 U.S.C. § 1988, and defendants the County, and its attorney of record, John M. Fujii and Adrianna C. Paige of Silver & Wright LLP, shall bear their attorney's fees and costs.

IT IS FURTHER ORDERED that Plaintiffs agree to waive and forego any rights to appeal with respect to any issues, rulings, or orders in this action.

IT IS SO ORDERED.

Dated: May 20, 2022

HON. JUDGE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

– 1 –
ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION